### 14179.  BENNETT *v.* THE STATE.

LUKE, J.  The defendant was convicted of the offense of burglary. The conviction was dependent wholly upon circumstantial evidence. From a careful examination of the record in this case, we are of the opinion that the evidence is not sufficient to exclude every reasonable hypothesis other than that of the defendant's guilt. It was error to overrule the motion for a new trial.

> *Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED APRIL 10, 1923.

Indictment for burglary; from Habersham superior court — Judge J. B. Jones. November 18, 1922.

*Cooley & Beall,* for plaintiff in error.

*J. G. Collins, solicitor-general,* contra.